UNPUBLISHED ORDER
CONFIDENTIAL

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on March 14, 2018.

Present - Hon. David Friedman,                    Justice Presiding,
               Rosalyn H. Richter
               Angela M. Mazzarelli
               Barbara R. Kapnick
               Ellen Gesmer,                              Justices.

----------------------------------------x
In the Matter of Peter Kent Spriggs,
an attorney and counselor-at-law:                **UNPUBLISHED ORDER**
                                                                  **CONFIDENTIAL**
   Peter Kent Spriggs,                                       M-952
   (OCA Atty. Reg. No. 3001211)
                        Petitioner,

                                                              **FILED**
   Attorney Grievance Committee                       MAR 14 2018
   for the First Judicial Department,                SUP COURT, APP. DIV.
                        Respondent.                        FIRST DEPT.
----------------------------------------x

          Petitioner (who was admitted to practice as an attorney and counselor-at-law in the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on March 28, 1966) having moved pro se in this Court on February 27, 2018 for an order pursuant to 22 NYCRR 1240.22, accepting his affidavit of resignation, and based upon that affidavit, striking his name from the roll of attorneys and counselors-at-law in the State of New York,

          And the Attorney Grievance Committee having submitted a letter dated February 16, 2018, stating that they do not oppose petitioner's application,

          Now, upon reading and filing the papers with respect to the motion, and the affidavit of resignation of petitioner, sworn to on February 12, 2018, and due deliberation having been had thereon, it is unanimously,

          Ordered that the motion is granted, petitioner's resignation is accepted and the name of said petitioner is removed from the roll of attorneys and counselors-at-law in the State of New York, effective the date hereof.

ENTERED:

APPELLATE DIVISION SUPREME COURT FIRST DEPARTMENT
STATE OF NEW YORK

I, SUSANNA ROJAS, Clerk of the Appellate Division of the Supreme Court First Judicial Department, do hereby certify that I have compared this copy with the original thereof filed in said office on __3/14/18__ and that the same is a correct transcript thereof, and of the whole of said original.
IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of this Court on __3/14/18__.

                                                                  CLERK

                                                                  CLERK