UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :
In the Matter of                                    :
                                                    :
PETER KENT SPRIGGS,                                 :        26-mc-229
                                                    :        **ORDER**
                        Respondent.                 :
------------------------------------------------------X

**BEFORE THE COMMITTEE ON GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK[1]**

An order having been entered in the Supreme Court of the State of New York, Appellate Division, First Judicial Department, accepting voluntary resignation (non-disciplinary) of Respondent, an attorney in good standing, and removing Respondent from the roll of attorneys and counselors-at-law in the State of New York,

IT IS ORDERED, pursuant to Local Rule 1.3(a) governing voluntary resignations, that Respondent, having failed to file an affidavit establishing eligibility to continue practicing law in this Court with the Clerk of the Court, is deemed to have voluntarily resigned from the roll of practicing attorneys of this Court. Respondent is therefore removed from the roll of practicing attorneys of

---

[1] The members of the Committee are District Judge Katherine Polk Failla, Chair; Chief Judge Laura Taylor Swain; District Judges P. Kevin Castel; John P. Cronan; Colleen McMahon; Edgardo Ramos; Jennifer H. Rearden; Louis L. Stanton; Jeannette Vargas; Mary Kay Vyskocil; Chief Magistrate Judge Judith C. McCarthy; and Magistrate Judges Stewart D. Aaron; Andrew E. Krause and Henry J. Ricardo.

this Court effective the date of his removal from the roll of practicing attorneys and counselors-at-law in the State of New York.

Dated:      New York, New York
            June 5, 2026

SO ORDERED.

_____
KATHERINE POLK FAILLA
Chair, Committee on Grievances S.D.N.Y.